LAW OFFICES
OF
# JOHN L. FRANCO, JR.

110 Main Street, Suite 208
Burlington, Vermont 05401-8451
Telephone (802) 864-7207 FAX (802) 859-1876
Email: johnfrancolaw@aol.com

September 24, 2013

Catherine O'Hagan Wolfe, Clerk
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square,
New York, N.Y.

Re:    Short Title: Unified Turbines, Inc. v. U.S. Department of La
        Docket No. 13-3124

Greetings:

    Pursuant to Local Rule 31.2, the petition Unified Turbines, Inc. gives notice of its intent to file its brief on December 16, 2013.

    Thank you for your attention to this matter.

Very truly yours,

John L. Franco, Jr.
Counsel for Unified Turbines